

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

————————————————

No. 06-10-00180-CR

————————————————

TONY CLARKSTON JOHNSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Fourth Judicial District Court
Rusk County, Texas
Trial Court No. CR09-333

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Tony Clarkston Johnson, appellant, has filed with this Court a motion to dismiss his appeal. The motion is signed by Johnson and by his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.


Jack Carter
Justice


Date Submitted:     November 16, 2010
Date Decided:       November 17, 2010

Do Not Publish

2